**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE MURPENTER LLC,        : CIVIL ACTION
d/b/a Uniglobe Wings Travel   :
                               : NO. 12-CV-5060

## ORDER

AND NOW, this     20th     day of December, 2012, upon consideration of the Appeal and Cross-Appeal of the parties respectively (Doc. Nos. 1 and 5) from the Order entered by the United States Bankruptcy Court for the Eastern District of Pennsylvania on July 30, 2012, it is hereby ORDERED that the Appeals are DENIED and the Order of July 30, 2012 is AFFIRMED in all respects.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER,     C.J.